FILED
07 NOV 28 PM 2:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11/15/07
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
        PLAINTIFF,
VS.
PELICAN BAY STATE PRISON,
        DEFENDANT(S).

CASE NO. C-07-5334 JW (PR)

AFFIDAVIT FOR EXTENSION OF TIME

YOUR HONORABLE JUDGE!
OFFICE OF THE CLERK!

PLAINTIFF WILLIE WEAVER HERE by DECLARE UNDER PENALTY OF PERJURY THAT I AM REPRESENTIVE IN THIS PRO PRIA PERSONAM DUE TO LIMITED TIME, LIMITED COOPORATION FROM TRUST OFFICE, AND LIMITED COOPORATION FROM LEGAL LAW LIBRARY AT PELICAN BAY STATE PRISON. PLAINTIFF CANNOT FILE THE APPLICATION TO PROCEED INFORMA PAUPERIS. IN VIEW OF THE FORGOING PLAINTIFF REQUEST AN EXTENSION OF 30 DAYS AND TO INCLUDING NEW DEADLINES IN WHICH TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS.

Willie Weaver
SIGNATURE

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
    PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,
    DEFENDANT(S),

CASE NO. C-07-5334 JW (PR)

PROOF OF SERVICE

I hereby certify that on: 11/15/07, I served a copy of the attached THREE EXACT AFFIDAVIT FOR EXTENSION OF TIME

by placing a copy in a postage paid envelope addressed to the person(s) here in after listed. by depositing said envelope in the United States mail at: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I declare under penalty of perjury that the foregoing is true and correct.

Willie Weaver
SIGNATURE