WILLIE W[...]
T-91389  B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
　　　　95531.

JW



CASE NO. C-07-5334
JW (PR) OFFICE OF T[HE]
CLERK IN THE UNITED
STATES DISTRICT COU[RT]
FOR THE NORTHERN DIS[TRICT]
OF CALIFORNIA 450 GOLD[EN]
GATE AVENUE
SAN FRANCISCO, CA. 9[...]