United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,                    )
                                  )     No. C 07-05334 JW (PR)
                Plaintiff,        )
                                  )     JUDGMENT
        vs.                       )
                                  )
DIRECTOR, et al.,                 )
                                  )
                Defendants.       )
                                  )
_____

        Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42

U.S.C. § 1983.  On December 17, 2007, the Court denied plaintiff's request to

proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g), and directed plaintiff to

pay the full filing fee within thirty days from the date of the order, *i.e.*, no later than

January 16, 2008.  Plaintiff was advised that failure to pay the full filing fee in the

time provided would result in the dismissal of the action without prejudice.

        The deadline has since passed, and plaintiff has not paid the full filing fee.

This case is DISMISSED without prejudice.  Judgment is entered accordingly.

DATED:    February 7, 2008
                                        _____
                                        JAMES WARE
                                        United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.07\Weaver05334_judgment.wpd